Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

__Fifth__ District of __Court/Lake Judicial Circuit of FL__
Ocala Florida

__Lake__ Division

Criminal

2020 JUL 23 PM 12:58

CLERK, US DISTRICT COURT
OCALA FLORIDA

Preston Gant
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Lady Lake Police Department
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:20-cv-336-Oc-30PRL
(to be filled in by the Clerk's Office)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Current Mailing Address:
39948 Yentsch Lane
Umatilla, FL 32784

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Preston Gant IV
All other names by which you have been known:
ID Number: 137215
Current Institution: Lake County Detention Center
Address: ~~3994~~ Umatilla FL 32798
Tavares
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Andrew Graosbitz Gehrsitz
Job or Title (if known): Sergeant (Deputy)
Shield Number: N/A
Employer: Lady Lake Police Department
Address: 423 Fennell Blvd
Lady Lake FL 32159
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
Name: Maya Lydia
Job or Title (if known): Arresting Officer (Deputy)
Shield Number: N/A
Employer: Lady Lake Police Department
Address: 425 Fennel Blvd
Lady Lake FL 32159
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  City        State        Zip Code
  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  City        State        Zip Code
  ☐ Individual capacity    ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   ☑ Violation of Fourth Amendment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* __Adjudicated not guilty has since been released__

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(Police misconduct) (violation of Fourth Amendment)

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On March 10, 2020 I was arrested without a **valid** probable cause. There is no record in police statements to confirm technicality or violation regarding affadavit. Charges were found not guilty.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Across From Lady Lake Police Department off of U.S. Highway 441 in Lady Lake, FL

police are still making unnecessary stops (No warning, No citation sited/confirmed in affadavit

C. What date and approximate time did the events giving rise to your claim(s) occur?

On March 10, 2020; I would not have been targ- given the opportunity to "provide a "false name" If I had not been targeted charged And harrassed with something I should not have been with;

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Arrested without a valid probable cause (initially)
Fabricated statements made within affadavits (defamation)
Recent charges have since been dropped or found not guilty
Being stopped in public areas (Harrassed) (unreasonbly searched)
Warrants were involved; case was found not guilty
still being harrassed police/deputies (Last encounter: 07/19/2020) Lady Lake Public Library, Lady Lake FL 730 AM - 830 AM

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Targeting - A young black male in a predominately older white community / Homeless (an easier target)
Paranoia - Fear of being arrested for no reason
Anxiety - Nervousness around police officers due to past incidents

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

while incarcerated: False Arrest - Being detained based off assumptions not concrete factual evidence
Suffered Defamation - Reputation tarnished by public record (LCSO.com)
depression, Harrassment - Homeless; Being constantly stopped by LEO
anxiety
admitted 17 months of confinement (Adjudication of Guilt withheld) (not guilty
into psyche                                                on all counts
facility     Pain & Sufferi          Discrimination: Loss of Job  Released
          Total Seeking:            Young, black,   Loss of House (06/15/
          $ 5,000,000.00            homeless,       Loss of Car    2020)
                           damages  LGBT (easier Pre-exposed to COVID-19
                                    target to be while incarcerated due to
                                    while getting) Improper handling

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[✓] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Lake County Detention Center*

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[ ] Yes

[✓] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[ ] Yes

[✓] No

[ ] Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   Because the incident happened before I got to jail, while being arrested

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   The incident was made well aware of during court proceedings

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I want to send a strong message to law enforcement that you cannot target someone based off (race, gender, s. orientation, living status...) and violate constitutional rights based off assumptions, and

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

   Foremost, I want my claims to be taken seriously this is an issue that once continue to harass they are released, from an institution has been constantly overlooked.

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes
    ☒ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes
☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/20/2020

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Preston Grant IV
Prison Identification #: 137215
Prison Address: 551 W. Main Street
Tavares          FL
City          State          Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City          State          Zip Code
Telephone Number:
E-mail Address:

Page 11 of 11

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
ADDENDUM TO VIOLATION REPORT DATED 02/25/2020

Date: 03/10/2020
To: Honorable Judge MARK J. HILL
NAME: PRESTON   CANT
Circuit: SEMINOLE METRO
Case No: 19-000278 & 19-000334
Scheduled Termination Date: 06/05/2022

From: SWEET, DEBORAH D
DC NO: A30455

UC No: 35-2019-CF-000278 AXXX-XX
       35-2019-CF-000334 AXXX-XX

## REQUESTING

Revocation

## TYPE OF REPORT

New Arrest

## LOCATION

In Custody      Current           Lake County Jail

1) **HOW VIOLATION OCCURRED:**       FACTS on the BACK

New Violation:

On 03/10/2020, Officer Gehrsitz with Lady Lake Police Department observed the offender walking in the middle of the road and not on the sidewalk or crosswalk. When the offender noticed the police officer, he turned and began walking in the opposite direction away from the officer. Officer Gehrsitz made contact with the offender and informed him of the pedestrian violation he committed. Officer Gehrsitz asked the offender for identification. The offender identified himself as Valncio Barnette, with a DOB of 07/31/1997. A query of that name was returned with negative results. Later, Officer Maya Lidia arrived on the scene and recognized the offender from a previous arrest. Officer Lidia identified the offender as Preston Gant IV with a DOB of 07/30/1998. She also positively identified the offender by his Driver's License photo. A query of the offender's name and DOB revealed 2 active warrants out of Lake Co. The offender was arrest for Giving a False Name to a LEO as well as the outstanding warrants.

Previous Violation:

In that on 02/13/20, the offender was before the court on a violation of probation for failing to complete Recovery House Residential Treatment Facility and for absconding from supervision. On that date, the court reinstated the offender's probation and modified it to include completion of the Phoenix House In-Patient Treatment Program. The offender was court ordered to report into the probation office within 48 hours of his release. The offender failed to report as directed by the court nor has he contacted this officer with a current address. On 02/25/2020, this officer called Phoenix House to see if by chance the offender entered the program on his own. This officer spoke with Dennis in Admission who stated that the offender was not in the program. This officer also called multiple home and family members numbers listed on his written monthly report, however the numbers were either incorrect or the mailbox was full. A NCIC/FCIC was also conducted with negative results. The offender's last listed address prior to jail was the Recovery House, where he previously absconded. Therefore, the offender is assumed to have absconded from supervision again and his current whereabouts are unknown to this officer.

Facts:

1. I was not "walking in the middle of the road" I simply was re-routing the state of direction I was going toward (a short cut) in order to get to the nearest gas station

2. I did not "turn" when I seen the officer. I seen the officer from the opposite direction pull into the police station and make a U-Turn.

3. Identified, but was not informed about a pedestrian violation (no citation, no warning, no record to recollect)

4. 2 "Outstanding" warrants: - Adjudication (acquittal) of guilt has been relayed and dismissed

VOP

(- I would not have been able to give a "false name" if I wasn't being targeted for something I should not have been charged with (Harrassment)

Insufficient Evidence & Affadavits Fabricated Statement

- Fully Seeking Reparations In Damages

Recent Encounter: with Lady Lake Library, Lady Lake Recorded Surveillance In front of Facility July 19, 2020, 8:30 AM - 9:30 AM (Between)

# ARREST AFFIDAVIT/FIRST APPEARANCE FORM
## LAKE COUNTY, FLORIDA

20001781

OBTS #: 35012-08573
Agency ORI #: FL0351300

Court Case Number: ____
[ ] Felony  [✓] Misdemeanor  [ ] County or Municipal Ordinance
[ ] Traffic  [ ] Juvenile  [ ] Warrant/CAPIAS
Agency Case Number: 20-003522

| Defendant's Name | Last | First | Middle | DOB Mo Day Yr | SEX | RACE | HGT | WGT | HAIR | EYES |
|---|---|---|---|---|---|---|---|---|---|---|
| | GANT IV | PRESTON | | 07/30/1998 | M | Blac | 6'1 | 150 | Bro | Bro |

Mailing Address: St./P.O. Box HOMELESS
City: LADY LAKE    State: FL    Zip: 32159

Scars- Marks-Tatoos-Amputations (describe each): ____

St. Add. (if different), Street ____
City ____  State ____  Zip ____

Phone: Home ( )
Place of Birth: FLORIDA
Social Security No.: 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

Place of Employment: Street ____
City ____  State ____  Zip ____

Phone: Business ( )
Occupation: ____
Alias: ____

Driver Lic. No.: G530660982700
State: FLORIDA
Vehicle towed by: ____
Hold on Vehicle: Yes [ ] No [ ]
Agency: ____
Arrest Suffix: ____

Arrest Date: mo 03 day 10 year 20
Arrest Time: 0435 HOURS
Arrest Location: US HWY 27 @ Fennell Blvd Lady Lake, Fl, 32159

U.S. Citizen: Y [✓] N [ ] U [ ]
Residence Type: [✓] 1. City  [ ] 2. County  [ ] 3. Florida  [ ] 4. Out-of-Florida

**ACTIVITY**
A. Fraud  K. Dispense/Distribute  M. Manufacture/Produce/Cultivate  O. Counterfeit  T. Traffic
B. Buy  D. Deliver  N. N/A  P. Possess  U. Use
F. Forgery  R. Smuggle  X. Stolen Property
S. Sell  Z. Other

**TYPE**
A. Amphetamine  M. Marijuana  P. Paraphernalia/Equipment  Unknown
B. Barbiturate  N. N/A  2. Other
C. Cocaine  O. Opium/Deriv  P. Heroin
H. Hallucinogen  S. Synthetic

| Description | Counts | Activity | Type | NCIC | Statue | Bond Amount | In Accordance to Bond Schedule |
|---|---|---|---|---|---|---|---|
| FALSE NAME PROVIDED | 1 | N | N | N | 901.36(1) | $500 | Y [✓] N [ ] |
| | | | | | | | Y [ ] N [ ] |
| | | | | | | | Y [ ] N [ ] |
| | | | | | | | Y [ ] N [ ] |
| | | | | | | | Y [ ] N [ ] |
| | | | | | | | Y [ ] N [ ] |
| | | | | | | | Y [ ] N [ ] |
| | | | | | | | Y [ ] N [ ] |
| | | | | | | | Y [ ] N [ ] |

Weapon Seized: Y [ ] N [✓]

Indication of:
Alcohol Influence  Y [ ] N [✓] Unknown [ ]
Drug Influence  Y [ ] N [✓] Unknown [ ]

JAIL LOG: (To be completed by Booking Officer)   LLPD MAYA 314
Jail Inmate Number: 137215

| Date Booked | Time Booked | AM/PM | Booking Officer | Fingerprinted By | Photographed By | Bin Number |
|---|---|---|---|---|---|---|
| 3-10-20 | 4:45 | AM | Garrett | Wallace | | |

Advised of Rights By: ____
Check for Warrant(s): NCIC [✓]  FCIC [✓]  Local [✓]
Holds: Yes [ ] No [✓]
Agency of Hold: ____

Attorney (if known): ____
Religion: J [ ] Pr [ ] C [ ] Other [ ]
Marital Status: S [ ] M [ ] D [ ] Sep [ ]
Telephone call logged: AM [ ] PM [ ]  Time ____
Telephone No ( )
Telephone ( )

Next of Kin,/PARENTS OF JUVENILE (emergency)
Relation ____  Address ____

Juvenile Disposition:
____ 1. Handled/Processed Within Dept and Released
____ 2. Turned Over to D.J.J.
____ 3. Incarcerated (County Jail)

[scribbled-out words arranged across the top of the page, illegible]

"Going through life you reach different milestones, never really had friends like Al Capone, stick to ~~my~~ them guns and stay in your zone, you should've seen they face when a nigga had candy red on 30 inch chrome, reaction from burden, trials in life can make you take a step back and review your learning, thats for certain, at the beach catching literal waves, Hawaii surfin', peel back the curtain, got the janga with crystal purple, late nights with strangers that talk in circles, but you gotta pray for enemies, surprised at how far we made it, had enough energy, my life is a walking soundtrack, choose a symphony, smoke, enjoy the vibe and gather an epiphany, cause we climbing to the peak of the pyramid, didn't pay attention back when but now they acting serious, dreams can't be held back from a mind of an illiterate, I need a good laugh from Jaden that n an idiot, started out a fan, met the my d on California land, playin in the sand, chance livin on a farewell & Carasel, remem

~~purple~~ ~~hand~~ ~~farewell~~
~~crystal~~ ~~pan~~ ~~jam~~
                        ~~coastal~~

"Going through life you reach different milestones, never really had friends like Al Capone, stick to ~~my~~ them guns and stay in your zone, you should've seen they face when a nigga had candy red on 30 inch chrome, reaction from burden, trials in life can make you take a step back and review your learning, thats for certain, at the beach catching literal waves, Hawaii surfin', peel back the curtain, got the ganga with crystal purple, late nights with strangers that talk in circles, but you gotta pray for enemies, surprised at how far we made it, had enough energy, my life is a walking soundtrack, choose a symphony, smoke, enjoy the vibe and gather an epiphany, cause we climbing to the peak of the pyramid, didn't pay attention back when but now they acting serious, dreams can't be held back from a mind of an illiterate, I need a good laugh from Jaden that nigga an idiot, started out a fan, met the my day one on California land, playin in the sand, ____ a chance livin on a farewell & Chorasel, remem___

| Court Case Number: | Felony ☑ Misdemeanor ☐<br>Traffic ☐ Juvenile ☐ | County or Municipal Ordinance ☐<br>Warrant / CAPIAS ☐ | Agency Case Number:<br>20-003522 |
|---|---|---|---|

| Defendant's Name: | Last | First | Middle | DOB Mo. Day Yr<br>07/30/1998 | SEX<br>M | RACE<br>Blac | HGT<br>6'1 | WGT<br>150 | HAIR<br>Bro | EYES<br>Bro |
|---|---|---|---|---|---|---|---|---|---|---|
| | GANT IV | PRESTON | | | | | | | | |

| Mailing Address: St./P.O. Box HOMELESS | | | Scars- Marks-Tatoos-Amputations (describe each) | | |
|---|---|---|---|---|---|
| City LADY LAKE | State FL | Zip 32159 | | | |
| St. Add. (if different), Street | | | Phone: Home<br>( ) | Place of Birth:<br>FLORIDA | Social Security No.:<br>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 |
| City | State | Zip | | | |
| Place of Employment: Street | | | Phone: Business<br>( ) | Occupation: | Alias. |
| City | State | Zip | | | |

| Driver Lic. No.: G530660982700 | Vehicle towed by: | Hold on Vehicle: Yes☐ No☐ | Arrest Suffix: |
|---|---|---|---|
| State: FLORIDA | | Agency: | |

| Arrest Date:<br>mo 03 day 10 year 20 | Arrest Time: 0435 HOURS | Arrest Location: US HWY 27@Fennell Blvd Lady Lake, Fl, 32159 |
|---|---|---|

| U.S. Citizen: Y☑ N☐ U☐ | Residence Type: | ☑ 1. City | ☐ 2. County | ☐ 3. Florida | ☐ 4. Out-of-Florida |
|---|---|---|---|---|---|

**ACTIVITY**
- A. Fraud
- B. Buy
- D. Deliver
- F. Forgery
- K. Dispense/Distribute
- M. Manufacture/Produce/Cultivate
- N. N/A
- O. Counterfeit
- P. Possess
- R. Smuggle
- S. Sell
- T. Traffic
- U. Use
- X. Stolen Property
- Z. Other

**TYPE**
- A. Amphetamine
- B. Barbiturate
- C. Cocaine
- H. Hallucinogen
- M. Marijuana
- N. N/A
- O. Opium/Deriv
- P. Paraphernalia/Equipment
- P. Heroin
- S. Synthetic
- U. Unknown
- 2. Other

| Description | Counts | Activity | Type | NCIC | Statue | Bond Amount | In Accordance to Bond Schedule |
|---|---|---|---|---|---|---|---|
| FALSE NAME PROVIDED | 1 | N | N | N | 901.36(1) | $500 | Y☑ N☐ |
| | | | | | | | Y☐ N☐ |
| | | | | | | | Y☐ N☐ |
| | | | | | | | Y☐ N☐ |
| | | | | | | | Y☐ N☐ |
| | | | | | | | Y☐ N☐ |
| | | | | | | | Y☐ N☐ |
| | | | | | | | Y☐ N☐ |
| | | | | | | | Y☐ N☐ |
| | | | | | | | Y☐ N☐ |

| Indication of: | Weapon Seized: Y☐ N☑ |
|---|---|
| Alcohol Influence Y☐ N☑ Unknown☐ | |
| Drug Influence Y☐ N☑ Unknown☐ | |

| JAIL LOG: (To be completed by Booking Officer) LLPD MAYA 314 | Jail Inmate Number: 137215 |
|---|---|

| Date Booked:<br>3-10-20 | Time Booked:<br>0.45 AM | Booking Officer:<br>Garrett | Fingerprinted By:<br>Wallace | Photographed By: | Pin Number |
|---|---|---|---|---|---|

| Advised of Rights By: | Check for Warrant(s):<br>NCIC☑ FCIC☑ Local☑ | Holds:<br>Yes☐ No☑ | Agency of Hold: | |
|---|---|---|---|---|
| Attorney (if known): | Religion:<br>J☐ Pr☐ C☐ Other☐ | Marital Status:<br>S☐ M☐ D☐ Sep☐ | Telephone call logged<br>Time AM PM | Telephone No<br>( ) |
| Next of Kin./PARENTS OF JUVENILE<br>(for emergency) | Relation | Address | | Telephone<br>( ) |

Juvenile Disposition:
___ 1. Handled/Processed within Dept and Released  ___ 2. Turned Over to D.J.J.  ___ 3. Incarcerated (County Jail)

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS
ADDENDUM TO VIOLATION REPORT DATED 02/25/2020

Date: 03/10/2020
To: Honorable Judge MARK J. HILL
**NAME: PRESTON GANT**
Circuit: SEMINOLE METRO
Case No: 19-000278 & 19-000334
Scheduled Termination Date: 06/05/2022

From: SWEET, DEBORAH D
DC NO: A30455

UC No: 35-2019-CF-000278 AXXX-XX
35-2019-CF-000334 AXXX-XX

**REQUESTING**

Revocation

**TYPE OF REPORT**

New Arrest

**LOCATION**

In Custody   Current   Lake County Jail

1) **HOW VIOLATION OCCURRED:**   FACTS on the BACK

New Violation:

On 03/10/2020, Officer Gehrsitz with Lady Lake Police Department observed the offender walking in the middle of the road and not on the sidewalk or crosswalk. When the offender noticed the police officer, he turned and began walking in the opposite direction away from the officer. Officer Gehrsitz made contact with the offender and informed him of the pedestrian violation he committed. Officer Gehrsitz asked the offender for identification. The offender identified himself as Valncio Barnette, with a DOB of 07/31/1997. A query of that name was returned with negative results. Later, Officer Maya Lidia arrived on the scene and recognized the offender from a previous arrest. Officer Lidia identified the offender as Preston Gant IV with a DOB of 07/30/1998. She also positively identified the offender by his Driver's License photo. A query of the offender's name and DOB revealed 2 active warrants out of Lake Co. The offender was arrest for Giving a False Name to a LEO as well as the outstanding warrants.

Previous Violation:

In that on 02/13/20, the offender was before the court on a violation of probation for failing to complete Recovery House Residential Treatment Facility and for absconding from supervision. On that date, the court reinstated the offender's probation and modified it to include completion of the Phoenix House In-Patient Treatment Program. The offender was court ordered to report into the probation office within 48 hours of his release. The offender failed to report as directed by the court nor has he contacted this officer with a current address. On 02/25/2020, this officer called Phoenix House to see if by chance the offender entered the program on his own. This officer spoke with Dennis in Admission who stated that the offender was not in the program. This officer also called multiple home and family members numbers listed on his written monthly report, however the numbers were either incorrect or the mailbox was full. A NCIC/FCIC was also conducted with negative results. The offender's last listed address prior to jail was the Recovery House, where he previously absconded. Therefore, the offender is assumed to have absconded from supervision again and his current whereabouts are unknown to this officer.

**Facts:**

1. I was not "walking in the middle of the road"
   I simply was re-routing the state of direction
   I was going toward (a short cut) in order to get to the nearest gas station

2. I did not "turn" when I seen the officer,
   I seen the officer from the opposite direction pull into the police station and make a U-Turn.

3. Identified; but was not informed about a pedestrian violation (no citation, no warning, no record to recollect)

4. 2 "Outstanding" warrants: 
   VOP
   - I would not have been able to give a "false name" if I wasn't being targeted for something I should not have been charged (Harrassment)
   
   Insufficient Evidence & Affadavits Fabricated Statement
   
   - Adjudication ~~withheld~~ (acquittal) of guilt has been relayed and dismissed
   - Fully Seeking Reparations In Damages

Recent Encounter:
with Lady Lake Library, Lady Lake
Recorded Surveillance In front of facility
July 19, 2020, 8:30 AM - 9:30 AM
(Between)

FROM:
3?0006 of Preston Gant
39948 Ventsch Lane
Umatilla, FL 32784

United States District Court
207 Northwest 2nd St
Ocala, Florida 34475

SCREENED BY USMS